IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TRAVIS RAY JOHNSON**  **PLAINTIFF**
**#610903**

V.   NO. 4:22-cv-00025-LPR-ERE

**MARK GOBER,** *et al.*   **DEFENDANTS**

## ORDER

Pending before the Court are Plaintiff Travis Ray Johnson's motions to amend his complaint. *Docs. 15, 16, 17*. In his motions, Mr. Johnson explains that he would like to: (1) proceed on the deliberate-indifference claim raised in his original complaint in this case; and (2) proceed on his claims regarding the denial of visitation and access to the law library in a separate lawsuit. He states that the amended complaints (*Docs. 10, 13*) previously filed in this lawsuit should have been filed as new lawsuits.

On January 26, 2022, the Court recommended that: (1) Mr. Johnson be allowed to proceed with his deliberate indifference claim against Defendants Gober and Potts for denying him medical care in January of 2022; and (2) Mr. Johnson's remaining claims be dismissed. *Doc. 8*. That Recommendation remains pending.[1]

---

[1] Because the pending Recommendation addresses claims other than the denial of visitation and access to the law library, the Court does not withdraw it.

IT IS THEREFORE ORDERED THAT:

1. Mr. Johnson's motions to amend his complaint (*Docs. 15, 16, 17*) are GRANTED.

2. The Clerk is directed to open two new lawsuits for Mr. Johnson by filing the amended complaints (*Docs. 10, 13*) and motions for leave to proceed *in forma pauperis* (*Docs. 9, 12*) previously filed in this case.

DATED this 14th day of February, 2022.

_____
UNITED STATES MAGISTRATE JUDGE