IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TRAVIS RAY JOHNSON**                                                                                                **PLAINTIFF**
**#610903**

V.                                                  NO. 4:22-cv-00025-LPR-ERE

**MARK GOBER,** *et al.*                                                                        **DEFENDANTS**

## ORDER

The Court has received a Recommendation from Magistrate Judge Edie R. Ervin.[1] Mr. Johnson has not filed an Objection, and the time for doing so has expired. After a careful and *de novo* review of the Recommendation and the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Mr. Johnson may proceed on his deliberate-indifference claim against Defendants Mark Gober and Susan Potts, in both their individual and official capacities, for denying him medical care in January of 2022. Mr. Johnson's remaining claims are DISMISSED from this case, without prejudice. The Clerk is instructed to terminate Barbara Purnell and Vicky Haney as party Defendants in this case.

IT IS SO ORDERED this 18th day of April 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Doc. 8.