IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TRAVIS RAY JOHNSON**                                                **PLAINTIFF**
**#610903**

**V.**                      **NO. 4:22-cv-00025-LPR-ERE**

**MARK GOBER,** *et al.*                                                        **DEFENDANTS**

### RECOMMENDED DISPOSITION

### I.    Procedure for Filing Objections

This Recommendation for the dismissal of Mr. Johnson's claims has been sent to United States District Judge Lee P. Rudofsky. You may file written objections to all or part of this Recommendation. Any objections filed must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If no objections are filed, Judge Rudofsky may adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

### II.    Discussion

Plaintiff Travis Ray Johnson, formerly a pre-trial detainee at the Drew County Detention Facility, filed this lawsuit *pro se* under 42 U.S.C. § 1983. *Doc. 2*. On June

14, 2022, mail sent from the Court to Mr. Johnson was returned as undeliverable with the notation "no longer at this address." *Doc. 34.*

On June 15, 2022, the Court ordered Mr. Johnson to notify the Court of his current address within 30 days or risk dismissal of his complaint. *Doc. 35.* To date, he has not responded to the Court's June 15 Order, and the time to do so has passed.

Mr. Johnson has failed to inform the Court of his current address, as required by Local Rule 5.5(c)(2) and this Court's Initial Order. *Doc. 3.* As a result, the Court has no way to communicate with Mr. Johnson regarding his lawsuit.

### III. Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1.  Mr. Johnson's claims be DISMISSED, without prejudice, based on his failure to: (1) comply with Local Rule 5.5(c)(2); (2) respond to the Court's June 15 Order; (3) update his address; and (4) prosecute this lawsuit.

2.  The Clerk be instructed to close this case.

Dated this 18th day of July, 2022.

_____
UNITED STATES MAGISTRATE JUDGE